UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| DORVAL KAIUN K.K. | * CIVIL ACTION |
| VERSUS | * NO. 08-1176 |
| ARION SHIPPING LTD. and ONAR MARITIME S.A., *in personam* | * SECTION "M" |
| | * MAGISTRATE (5) |

## ORDER

Considering the foregoing Motion for Expedited Hearing,

IT IS ORDERED, ADJUDGED AND DECREED that Aldemar Shipholding Company's Motion for Reconsideration is set for hearing on an expedited basis, to be heard on the _____ day of March, 2008 at _____ o'clock AM/PM.

_____
UNITED STATES DISTRICT JUDGE

*[Handwritten annotations:]* Stipulation to Record when filed. PB — All matters are Moot

Peter Beer
USDJ
3/18/08

1083386-1